

**FILED**

09/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0330



## IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
## HELENA, MONTANA 59620-3003

Supreme Court No.
DA 23-0330

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CHRISTOPHER JAMES IRVINE,

Defendant and Appellant.

**FILED**

SEP 0 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**AMENDED GRANT OF EXTENSION**

Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until October 11, 2023 to prepare, file, and serve the Appellant's opening brief.

DATED this September 8, 2023

Bowen Greenwood
Clerk of the Supreme Court

c:    Chad M. Wright, Austin Miles Knudsen, James Allen Lapotka

PO BOX 203003 • HELENA MT • 59620-3003 • TELEPHONE: (406) 444-3858 • FAX: (406) 444-5705